1  SANDRA R. BROWN
Acting United States Attorney
2  DOROTHY A. SCHOUTEN
Assistant United States Attorney
3  Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
4  Assistant United States Attorney
Chief, General Civil Section
5  ERIKA JOHNSON-BROOKS (Cal. Bar No. 210908)
Assistant United States Attorneys
6        Federal Building, Suite 7516
       300 North Los Angeles Street
7        Los Angeles, California 90012
       Telephone: (213) 894-0474
8        Facsimile: (213) 894-7819
       E-mails:Erika.Johnson@usdoj.gov
9

10 Attorneys for Defendant
UNITED STATES OF AMERICA
11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ALFRED GONZALEZ, | CV No. 16-07524 PA (AJWx) |
| Plaintiff, | |
| – v. – | ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable Percy Anderson |

22  / / /

1

**IT IS HEREBY ORDERED:**

1.     The Stipulation for Compromise Settlement and Dismissal may be filed herein;

2.     Each party shall bear their own costs of suit and attorney's fees; and

3.     The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement and Dismissal.

DATED:  December 11, 2017

Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE